IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

L. J. A., A MINOR CHILD,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-169

Opinion filed July 7, 2014.

An appeal from the Circuit Court for Franklin County.
George S. Reynolds, III, Judge.

Shannon Stallings, Apalachicola, for Appellant.

Pamela Jo Bondi, Attorney General, and Kristen Lynn Bonjour, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

RAY, and OSTERHAUS, JJ., CONCUR. THOMAS, J., DISSENTS WITHOUT
OPINION.